IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JEREMIAH W. BALIK,

    Plaintiff,

v.

CHOCOLATE SHOPPE ICE CREAM CO., INC., *et al.*,

    Defendants.

No. C 17-00455 WHA

**ORDER DENYING MOTION FOR RECONSIDERATION OF DENIAL OF *IN FORMA PAUPERIS* APPLICATION**

    Plaintiff Jeremiah W. Balik has filed numerous frivolous lawsuits throughout the state and federal courts in California (including three against one of our defendants). He sought leave to proceed *in forma pauperis*. His financial records showed that he earned at least $2,900 per month in VA benefits, in addition to other income. Judge Maria Elena-James denied his request to proceed *in forma pauperis*, and directed him to pay the filing fee no later than February 17, 2017 (Dkt. No. 5 at 5). Balik declined to proceed before a Magistrate Judge (Dkt. No. 6).

    With a series of barely-comprehensible filings, Balik now appears to seek reconsideration of the order of Judge James (Dkt. Nos. 11–12). Balik's filings appear to be a series of complaints about judges, politicians, and law enforcement officers across the state. But he offers absolutely no allegation supporting his contention that he is in poverty, much less "with some particularity, definiteness and certainty." *Escobedo v. Applebees*, 787 F.3d 1226, 1234 (9th Cir. 2015) (internal quotation marks omitted). Balik's motion for reconsideration is

**DENIED**. The filing fee is due by February 17. Failure to pay the filing fee will result in dismissal pursuant to Civil L.R. 3-10(c).

**IT IS SO ORDERED.**

Dated: February 15, 2017.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE