IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JEREMIAH W. BALIK,

    Plaintiff,

v.

CHOCOLATE SHOPPE ICE CREAM CO., INC., CITY OF SAN BERNARDINO, and RODEWAY INN SAN BERNARDINO

    Defendants.

No. C 17-00455 WHA

**ORDER DISMISSING ACTION**

Defendant has failed to pay the filing fee, which was due on February 17 (Dkt. Nos. 5, 13). This action is hereby **DISMISSED** for lack of prosecution. Judgment will follow.

**IT IS SO ORDERED.**

Dated: February 28, 2017.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE