**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JEREMIAH W. BALIK,

    Plaintiff,

v.

CHOCOLATE SHOPPE ICE CREAM CO., INC., CITY OF SAN BERNARDINO, and RODEWAY INN SAN BERNARDINO

    Defendants.

No. C 17-00455 WHA

**JUDGMENT**

    For the reasons stated in the accompanying order dismissing the action for lack of prosecution, **FINAL JUDGMENT IS HEREBY ENTERED** in favor of defendants Chocolate Shoppe Ice Cream Co., Inc., City of San Bernardino, and Rodeway Inn San Bernardino and against plaintiff Jeremiah W. Balik. The Clerk **SHALL CLOSE THE FILE**.

    **IT IS SO ORDERED.**

Dated: February 28, 2017.

                                      WILLIAM ALSUP
                                      UNITED STATES DISTRICT JUDGE